Certificate Number: 17572-TXN-DE-041226493

Bankruptcy Case Number: 26-42848



17572-TXN-DE-041226493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 12:28 o'clock PM PDT, Kimberly S Bowser completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:  July 20, 2026                By:      /s/Leigh-Anna M Thompson

                                    Name:  Leigh-Anna M Thompson

                                    Title:   Counselor