United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-42848-mxm

Kimberly Susan Bowser Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin 

Date Rcvd: Oct 08, 2026 Form ID: 318 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Kimberly Susan Bowser, 26 Dorothy Ln, Hurst, TX 76053-8049 |
| @23410455 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| @23410463 | + | Neighborhood Credit Union, 360 S. Denton Tap Rd., Coppell, TX 75019-3207 |
| @23410467 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| @23410470 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QMDGARNER.COM | Oct 09 2026 02:18:00 | Marilyn Garner, Law Offices of Marilyn D. Garner, 2001 E. Lamar Blvd., Suite 200, Arlington, TX 76006-7347 |
| 23410448 | ^ | MEBN | Oct 08 2026 22:29:23 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23410449 | + | EDI: TSYS2 | Oct 09 2026 02:18:00 | Barclays Card, PO Box 8803, Wilmington, DE 19899-8803 |
| 23410450 | + | Email/Text: ljalovec@belaw.com | Oct 08 2026 22:34:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23410451 | + | EDI: CAPITALONE.COM | Oct 09 2026 02:18:00 | Capital One Bank - Consumer Credit Cards, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23410452 | + | EDI: CITICORP | Oct 09 2026 02:18:00 | Citicards CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 23410453 | ^ | MEBN | Oct 08 2026 22:30:57 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 23410454 | + | Email/Text: edbknotices@ecmc.org | Oct 08 2026 22:33:00 | Department of Education, Office of General Counsel, 400 Maryland Ave SW Rm 6E353, Washington, DC 20202-0001 |
| 23410456 | + | EDI: DISCOVER | Oct 09 2026 02:18:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 23410457 | + | EDI: DISCOVERPL | Oct 09 2026 02:18:00 | Discover Personal Loans, PO Box 30954, Salt Lake City,, UT 84130-0954 |
| 23410459 | + | EDI: IRS.COM | Oct 09 2026 02:18:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23410460 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 08 2026 22:34:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23410461 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 08 2026 22:34:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 |

| | | | | |
|---|---|---|---|---|
| | | | | Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23410462 | ^ | MEBN | Oct 08 2026 22:31:54 | Medical City Of Arlington, PO Box 290489, Nashville, TN 37229-0489 |
| 23410464 | + | Email/Text: NCU.Special.Services@myncu.com | Oct 08 2026 22:35:00 | Neighborhood Credit Union, PO Box 803476, Dallas, TX 75380-3476 |
| 23410465 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 08 2026 22:34:00 | Nelnet, Attn: Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 23410466 | + | Email/Text: emccain@pbfcm.com | Oct 08 2026 22:34:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23410469 | + | EDI: SYNC | Oct 09 2026 02:18:00 | SYNCB/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 23410468 | | Email/Text: pacer@cpa.state.tx.us | Oct 08 2026 22:34:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23410471 | + | Email/Text: bcd@oag.texas.gov | Oct 08 2026 22:34:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23410472 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 08 2026 22:34:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23410473 | + | Email/Text: bankruptcy@bbandt.com | Oct 08 2026 22:34:00 | Truist Bank, 214 N Tryon Street, Charlotte, NC 28202-1078 |
| 23410474 | + | Email/Text: bankruptcy@truwest.org | Oct 08 2026 22:33:00 | Truwest Credit Union, 1667 North Priest Drive, Tempe, AZ 85288-1231 |
| 23410475 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 08 2026 22:34:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23410458 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Clayton Everett | on behalf of Debtor Kimberly Susan Bowser clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Marilyn Garner | mgarner@ecf.axosfs.com;ajennings@marilyndgarner.com;courtdoc@marilyndgarner.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Kimberly Susan Bowser<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3654 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–42848–mxm7 | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly Susan Bowser

10/7/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**